FILED

2018 MAR 26 PM 4:32

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JESSICA NICOLE STAFFORD, § § § Plaintiff, § § vs. § § MID-CONTINENT CASUALTY § COMPANY, § § Defendant. § § § | CIVIL ACTION NO. 1:17-cv-636 |

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

The Plaintiff and Defendant by and through their attorneys of record, having informed the Court that the Plaintiffs' suit herein against Defendant has been resolved, and that Plaintiff having prayed that its action against Defendant be dismissed with prejudice, and it appearing to the Court that the dismissal with prejudice should be made as prayed.

The Court having expressly determined that there is no just reason for delay in entering judgment as to the Plaintiff's claims herein against MID-CONTINENT CASUALTY COMPANY, the Court hereby expressly directs that final judgment dismissing with prejudice such claims of the Plaintiff against Defendant be made.

Now, therefore, it is ORDERED, ADJUDGED and DECREED that all claims against Defendant be and same are hereby dismissed, with prejudice, as of such settlement, with legally taxable costs herein to be borne by the parties incurring same.

D/982202v1

All relief not expressly granted herein is DENIED.

SIGNED this 26th day of March, 2018.

_____
**UNITED STATES DISTRICT JUDGE**

D/982202v1